# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| H&E Equipment Services Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>Brad Ryberg, et al.,<br><br>    Defendants. | No. CV-17-00082-TUC-JAS<br><br>**ORDER** |

    Pending before the Court is Defendants' "motion to reconsider grant of leave for plaintiff to conduct expedited discovery and alternative motion to extend defendants' response deadlines." *See* Doc. 25.  Defendants have also filed a request to refer the case to a Magistrate Judge for an early settlement conference. *See* Doc. 26.  The Court notes that it can refer the case for a settlement conference at no cost to the parties and that it would stay all deadlines until after the settlement conference process is completed.

    In light of these pending matters, the Court hereby stays Defendants' obligation to respond to Plaintiff's expedited discovery requests until the motion is fully briefed and the Court has issued an Order resolving the dispute.  Plaintiff shall file a response to Defendants' motion (Doc. 25) and request for a settlement conference by 3/31/17 and

Defendants shall file a reply by 4/14/17.[1]

If Plaintiff is amenable to an early settlement conference, they should file a notice with the Court as soon as possible; such a notice by Plaintiff shall serve to automatically stay the deadlines (including the briefing deadlines above).  Thereafter, the Court will find a Magistrate Judge who will conduct the settlement conference and issue an Order restating that all the deadlines shall remain stayed and give the parties further directives as to the settlement conference.  If this is a viable option, the parties can avoid investing unnecessary time and costs in this case while settlement is being contemplated.

Dated this 15th day of March, 2017.

Honorable James A. Soto
United States District Judge

---

[1] The Court also notes that Defendants' new employer (who is a non-party at this point in time) has filed a motion to quash.  The response and reply shall be due pursuant to the time frames reflected in the Local Rules.  If Plaintiff files a notice indicating that it is amendable to an early settlement conference, the deadlines to respond are automatically stayed as well.